IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPHINE CARNEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HEALTHCARE SERVICES GROUP, INC. | : | NO. 09-cv-4100-JF |

<u>JUDGMENT ORDER</u>

AND NOW, this 18th day of May 2010, IT IS ORDERED:

1. That Judgment is entered in favor of the plaintiff, Josephine Carney, and against the defendant, Healthcare Services Group, Inc., in the sum of $40,000.

2. That the plaintiff shall file any request for attorney's fees within 20 days from the date of this Judgment. The defendant may file a response within 10 days thereafter.

BY THE COURT:

/S/ John P. Fullam
John P. Fullam, Sr. J.